In the Matter of PETER JOSEPH HABERKORN, an Attorney, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Submitted November 27, 1950; decided November 30, 1950.

*George G. Hunter, Jr.,* and *Frank H. Gordon* for motion.

*Peter Joseph Haberkorn,* in person, opposed.

Motion granted and appeal dismissed.